IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: SPECALLOY )
CORPORATION, )
) CASE NO. 1:17-MC-3807-WKW
Debtor. )

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 10.)

No party filed an objection to the Recommendation within the prescribed deadline.

Based upon an independent review of the record, it is ORDERED as follows:

(1)    The Recommendation (Doc. # 10) is ADOPTED;

(2)    Heesung PMTech Corporation's motion to withdraw the reference

(Doc. # 1) is GRANTED;

(3)    The proof-of-claim proceedings in the bankruptcy case, case no. 16–

10013, shall be transferred to the United States District Court for the Middle District

of Alabama and assigned to Chief United States District Judge W. Keith Watkins

and Magistrate Judge David A. Baker.  For purposes of the transfer, the proof-of

claim proceedings to be withdrawn from the Bankruptcy Court to the District Court

are (i) Heesung PMTech Corporation's proof of claim no. 17, (ii) the Trustee's

objection thereto, and (iii) Heesung PMTech Corporation's response to the Trustee's

objection.  These papers are attached to Document No. 1 in 1:17-mc-3807.  (*See*

Doc. # 1-1, pages 1–238).

DONE this 30th day of April, 2018.

    /s/ W. Keith Watkins    
CHIEF UNITED STATES DISTRICT JUDGE
